UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| 58 Bruce Ave Corp., | Case No.: 20-23033-shl |
| Debtor. | |

---------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| 143 School Street Realty Corp., | Case No.: 20-23034-shl |
| Debtor | |

_____x

### NOTICE OF THE CONSUMMATION OF THE SALE OF 58 BRUCE AVENUE YONKERS, NY 10705 AND 143 SCHOOL STREET YONKERS, NY 10701

TO THE HONORABLE SEAN H. LANE, UNITED STATES BANKRUPTCY JUDGE FOR THE SOUTHERN DISTRICT OF NEW YORK, ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE ABOVE CAPTIONED DEBTOR AND ALL OTHER PARTIES OF INTEREST;

### SALE BACKGROUND

**PLEASE TAKE NOTICE** that on September 23, 2021, the Debtors filed the "*Motion of the Debtor for Entry of an Order Approving the Sale of 58 Bruce Avenue Yonkers, NY 10705 and 143 School Street Yonkers, NY 10701 Free and Clear of all Liens, Claims, Encumbrances and other Interests*" (the "Sale Motion") [Bankruptcy Docket Number 68] in the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on November 8, 2021, the Bankruptcy Court entered an order granting the Debtor's Sale Motion, entitled "*Order Approving the Private Sale of Debtor's Right, Title and Interest in Real Property Free and Clear of all Liens, Claims, Encumbrances and other Interests*" (the "Sale Order") [Bankruptcy Docket Number 78].

**PLEASE TAKE FURTHER NOTICE** that on December 23, 2021, the Debtors filed an amended order, with consent from all parties, extending the time to consummate the sale from forty-five days as stated in the original Order to sixty-five days.

## CONSUMMATION OF THE SALE OCCURRED ON JANUARY 12, 2022

**PLEASE TAKE NOTICE** that the closing of the sale of 58 Bruce Avenue Yonkers, NY 10705 to Christian Nolasco and the closing of the sale of 143 School Street Yonkers, NY 10701 to Aaron Silberman was consummated on January 12, 2022. Closing Statement attached as "Exhibit A".

    Respectfully submitted,

    Matthew M. Cabrera, Esq.
    M. CABRERA & ASSOCIATES, P.C.
    2002 Route 17M, Suite 12
    Goshen, New York 10924
    Tel.: (845) 531-5474
    Fax: (845) 230-6645
    Attorney for the Debtor

    */s/ Matthew Cabrera*
    By:  Matthew Cabrera, Esq.

Dated: January 31, 2022
       Goshen, New York